IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN VANDINE AND RENEE VANDINE,<br>        Plaintiffs,<br><br>        v.<br><br>SUMMIT TREESTANDS LLC AND DICK'S SPORTING GOODS, INC.,<br>        Defendants. | CIVIL ACTION<br><br><br>NO. 23-0027 |

## O R D E R

**AND NOW**, this 28th day of February, 20 upon consideration of Plaintiffs' Motion to Remand to State Court (ECF No. 13) and Defendants' response thereto (ECF No. 15), **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**