# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN VANDINE AND RENEE VANDINE,<br>**Plaintiffs,**<br><br>v.<br><br>SUMMIT TREESTANDS LLC AND DICK'S SPORTING GOODS, INC.,<br>**Defendants.** | CIVIL ACTION<br><br><br><br>NO. 23-0027 |

## ORDER

**AND NOW**, this 4th day of June, 2024, upon consideration of Defendant Dick's Sporting Goods, Inc.'s Motion for Summary Judgment (ECF Nos. 41 & 52), and Plaintiffs' response thereto (ECF No. 48), it is **HEREBY ORDERED** that Dick's Sporting Goods, Inc.'s Motion is **GRANTED AS UNOPPOSED**. It is **FURTHER ORDERED** that Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE** as to Defendant Dick's Sporting Goods, Inc.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**